UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JACQUN J. WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV623-011 |
| | ) | |
| BILL BLACK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court recommended that Defendant Bill Black's Motion to Dismiss, doc. 11, be granted, and *pro se* plaintiff Jacqun J. Wells' Motion for Preliminary Injunction, doc. 22, be denied.  *See generally* doc. 25. Wells has filed a Motion for Discovery, which stands unopposed.  *See* doc. 26; *see also* S.D. Ga. L. Civ. R. 7.5.  Despite its title, that Motion seeks a copy of his Complaint, without tendering the customary fee.  *See* doc. 26; *see also, e.g.,* doc. 6 at 15.  "While the *in forma pauperis* statute provides access to the court to an indigent litigant by permitting the waiver of prepayment of fees and costs, no provision of that statute authorizes courts to commit federal monies for payment of the necessary expenses in a civil suit brought by an indigent litigant." *Ellison v. Consol. City of*

1

*Augusta*, 2018 WL 11319669, at *1 (S.D. Ga. Mar. 5, 2018) (internal quotation marks and citation omitted) (Hall, C.J.). Wells' request for copies of court documents, without prepayment of costs, is, therefore, **DENIED**. Doc. 26.

Wells has also requested a seven-day extension to the deadline for him to object to the Report and Recommendation. *See* doc. 29. Although Defendant has not responded to that Motion, and his deadline to do so has not expired, the brief extension requested would expire before that response is due. *See id.*; *see also* S.D. Ga. L. R. 7.5. Accordingly, the Court **GRANTS** the extension, *sua sponte*. *See* Fed. R. Civ. P. 6(b)(1)(A).[1] Since the seven-day extension, calculated from the original deadline, would have expired before the Clerk received the request, the Court will extend the deadline for an additional seven days. Wells is **DIRECTED**

---

[1] The deadline to submit the objection was February 20, 2024. *See* doc. 25 (filed February 6, 2024). Wells' extension request is deemed filed on that date, pursuant to the "prison mailbox rule." *See* doc. 29 at 1 (signed February 20, 2024); *see also, e.g., Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).

to submit any objection to the Report and Recommendation, doc. 25, by no later than March 8, 2024.

**SO ORDERED**, this 4th day of March, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA